**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

|  |  |  |
|---|---|---|
| PAMELA JOHNSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:23-CV-60 (LAG) |
| | : | |
| DOUGHERTY COUNTY, GEORGIA, *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER

The Plaintiff has advised the Court that the parties have settled this case. (Doc. 21). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case in order to allow the Parties to finalize the settlement agreement at issue. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 27th day of December, 2024.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**